LEROY MILLER v. THE STATE.

No. 23516. Delivered December 11, 1946.

The opinion states the case.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The record before us contains no notice of appeal. Consequently, this court is without jurisdiction to consider the case.

The appeal is dismissed.